**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ana McCarthy, | **CASE NUMBER** |
| PLAINTIFF(S) | 2:26-cv-00375-HDV (SKx) |
| v. | |
| United States of America et al, | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below were improperly filed for the following reason(s)
Plaintiff shall refer to Order Providing Notice and Instructions to Plaintiff re: Unauthorized Pretrial Filings and Communications (ECF 36)

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Memorandum Supplemental Notice of Spoliation/Preservation Concern, Request for Judicial Notice, and Consideration of Adverse Inference (ECF 37) | June 20, 2026 |
| Emergency Motion Order to Show Cause Sanctions in the Event of Noncompliance (ECF 38) | June 18, 2026 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

June 29, 2026
Date

Steve Kim, U.S. Magistrate Judge

CV-80 (12/95)                    **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**