FILED

CLERK, U.S. DISTRICT COURT

7/16/26

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**ANA McCARTHY,**

Plaintiff,

v.                         Case No. **2:26-cv-00375-HDV-SK**

**UNITED STATES OF AMERICA, et al.,**

Defendants.

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Ana McCarthy appeals to the United States Court of Appeals for the Ninth Circuit from the order identified below.

Plaintiff appeals from the Court's **Order Dismissing Action for Lack of Federal Jurisdiction** entered on **July 16, 2026**, in this action, which dismissed the case in its entirety, with prejudice.

This appeal is taken from a final decision of the district court. 28 U.S.C. § 1291

Dated: July 16, 2026

Respectfully submitted,


/s/ Ana McCarthy
**Ana McCarthy**
Plaintiff, Pro Se
2606 Steele Road
Baltimore, MD 21209
(312) 888-1002
anamccarthy1@gmail.com